IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ALONZO HARRIS, | ) |
| | ) Civil Action No. 10 - 447 |
| Petitioner, | ) Electronic Filing |
| | ) |
| v. | ) |
| | ) Judge Cercone / |
| BUREAU OF PRISONS (BOP) FEDERAL, | ) Magistrate Judge Lenihan |
| | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

On April 5, 2010, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (ECF No. 14) filed on March 1, 2011, recommended that the Petition for Writ of Habeas Corpus be denied. Petitioner was served with the Report and Recommendation and was advised he was allowed fourteen (14) days to file written objections to the Report and Recommendation. No objections have been filed. After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 1st day of April, 2011;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 14) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

David Stewart Cercone
United States District Judge

cc: Michael Alonzo Harris
Reg #09518-068
P.O. Box 6000
Glenville, WV 26351
*(Via First Class Mail)*

Jennifer Andrade, AUSA
*(Via CM/ECF Electronic Mail)*